Paul T. Cullen (SBN 193575)
The Cullen Law Firm, APC
19360 Rinaldi St., Box 647
Porter Ranch, CA 91326
paul@cullenlegal.com

Attorneys for Plaintiff David Chapman

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAPMAN, an individual, on behalf of himself, all others similarly situated, and the general public,<br><br>                Plaintiff,<br><br>  vs.<br><br>CENLAR CAPITAL CORPORATION, et al.,<br><br>                Defendants. | CASE NO.: 2:20-cv-10401-MCS-E<br><br>**NOTICE OF CONDITIONAL SETTLEMENT**<br><br>Complaint Filed: October 9, 2020 |

TO THE COURT AND ALL PARTIES:

    The Parties hereto have agreed to a conditional settlement, the terms of which are confidential, but pursuant to which the Parties shall submit a stipulation for dismissal, subject to which (1) Plaintiff's claims will be dismissed in their entirety with prejudice and (2) putative class members' claims will be dismissed without prejudice.

/ / /

Because material executory terms of the settlement are not expected to have been completed for approximately 45 days from today's date, Plaintiff requests that the Court set a status conference regarding the status of settlement approximately 60 days out and notes that the Parties are in agreement and hereby request that the Court retain jurisdiction to oversee and/or enforce settlement, should the same become necessary.

Dated: 3/29/2021                          THE CULLEN LAW FIRM, APC


By:  /s/ *Paul T. Cullen*
     Paul T. Cullen
     Attorneys for Plaintiff David Chapman

**AGREED AS TO FORM AND CONTENT**

Dated: 3/29/2021                          LOCKE LORD LLP


By:  /s/ *Regina J. McClendon*
     Regina J. McClendon
     Attorneys for Defendant Cenlar FSB

### **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing attorney attests that she has obtained concurrence regarding this document's content and authorization to file this document from the indicated signatories to the document.

Dated: 3/4/2021                            /s/ *Paul T. Cullen*
                                           Paul T. Cullen