LOCKE LORD LLP
Regina J. McClendon (SBN 184669)
rmcclendon@lockelord.com
101 Montgomery Street, Suite 1950
San Francisco, CA 94104
Telephone: (415) 318-8810
Fax: (415) 676-5816

Thomas J. Cunningham (SBN 263729)
tcunningham@lockelord.com
Jamie M. Cheng (SBN 298750)
jamie.cheng@lockelord.com
300 S. Grand Avenue, Suite 2600
Los Angeles, CA 90071
Telephone: (213) 485-1500
Fax: (213) 485-1200

Attorneys for Defendant Cenlar FSB

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAPMAN, an individual, on behalf of himself, all others similarly situated, and the general public, <br><br> Plaintiff, <br><br> vs. <br><br> CENLAR CAPITAL CORPORATION, et al., <br><br> Defendants. | Case No.: 2:20-cv-10401 MCS (Ex) <br><br> **STIPULATION DISMISSING ACTION** <br><br> Before the Honorable Mark C. Scarsi <br><br> Complaint Filed: October 9, 2020 |

Plaintiff David Chapman ("Chapman") and Defendant Cenlar FSB ("Cenlar") (collectively, the "Parties"), by and through their counsel of record, submit the following stipulation and joint request as follows:

1. WHEREAS, Chapman filed the operative First Amended Complaint ("FAC") on behalf of himself and a purported class on December 18, 2020 (ECF 12);

2. WHEREAS, Cenlar filed a motion to dismiss for failure to state a claim on March 1, 2021 (ECF 21 & 22), which was scheduled to be heard on April 26, 2021. If granted, the motion to dismiss would have disposed of the entire case;

3. WHEREAS, Chapman has never sought or obtained certification of any class;

NOW, THEREFORE, the Parties hereby stipulate and agree that:

4. The Parties respectfully request the Court enter an order:

    a. Dismissing Chapman's claims with prejudice, and

    b. Dismissing the claims of the putative class without prejudice.

5. The Parties agree to each bear their own costs and attorneys' fees incurred in connection with this action.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: April 14, 2021     LOCKE LORD LLP

By: /s/ Regina J. McClendon
    Regina J. McClendon
    Thomas J. Cunningham
    Jamie M. Cheng
Attorneys for Defendant Cenlar FSB

Dated: April 14, 2021     THE CULLEN LAW FIRM, APC

By: /s/ Paul T. Cullen
    Paul T. Cullen
Attorneys for Plaintiff David Chapman

**Locke Lord LLP**
101 Montgomery Street, Suite 1950
San Francisco, CA 94104-4815

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filing attorney attests that she has obtained concurrence regarding this document's content and authorization to file this document from the indicated signatories to the document.

Dated: April 14, 2021        /s/ Regina J. McClendon
                                         Regina J. McClendon